FILED
2013 Feb-08 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TERRY PEARSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **5:12-CV-01064-CLS** |
| **LAWRENCE MEDICAL** ) | |
| **CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Terry Pearson, by and through his undersigned counsel, and Defendant Lawrence Medical Center, by and through its undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, give notice that this case may be dismissed with prejudice, each party to bear his or its own costs.

Respectfully submitted,

/s/ Jon C. Goldfarb (w/ consent)
Jon C. Goldfarb
Daniel E. Arciniegas
L. William Smith
Sean I. Goldfarb
Attorneys for Plaintiff Terry Pearson

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500

/s/ Kimberly W. Geisler
Kimberly W. Geisler
Alexandra M. Shulman
Attorneys for Defendant Lawrence Medical Center

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Telephone: (205) 251-2300

69638